**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| In Re: ) | Chapter 7 |
| ) | No. 05-19170 |
| TIFFIANI LIA LINDSTEDT ) | |
| ) | ORDER AUTHORIZING |
| ) | SETTLEMENT OF CLAIMS, |
| ) | SPECIAL COUNSEL FEES, |
| ) | AND DETERMINATION OF |
| ) | EXEMPTION CLAIM |
| ) | |
| Debtor. ) | |
| ) | |

THIS MATTER having come regularly before the undersigned judge of the above entitled court, proper notice having been properly given by the Clerk of the Court to the debtor, creditors, and other parties of record, the court having reviewed the debtor's response, the Trustee's motions, the fee application by special counsel, the trustee's objection to exemption claim, and the records and files herein, and no other objection having been made, now, therefore,

IT IS HEREBY ORDERED as follows:

1. The Trustee is authorized to settle employment claims against some defendants in the in the sum of $12,000. The trustee is further authorized to abandon any other employment claims not settled by the trustee pursuant to 11 U.S.C. §554 on the basis that the claims are burdensome or of inconsequential value to the bankruptcy estate.

2. Attorney fees to Greg Murphy of the Law Offices of Gregory J. Murphy P.S., special counsel to the estate, in the sum of $4,800.00, for attorney fees plus reimbursement of costs in the sum of $4,504.60 are approved. From the proceeds of the settlement, the Trustee is authorized to pay the fees and costs to special counsel.

ORDER - 1

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206)342-7851 FACSIMILE

1         3.   The debtor's exemption claim in the proceeds of settlement in the employment claims

2    is hereby denied..

3            DATED this ___ day of July, 2010.

4

5                                   _____

                               UNITED STATES BANKRUPTCY JUDGE

6

7    Presented by:

8

    _____

9    Ronald G. Brown, WSBA #8816
Chapter 7 Trustee

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER - 2

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206)342-7851 FACSIMILE