The Honorable Samuel J. Steiner
Chapter 7
Hearing Location: Courtroom 8206, Seattle
Hearing Date: July 30, 2010
Hearing Time: 9:30 a.m.
Response Date: July 23, 2010

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

In Re: ) Chapter 7
) No. 05-19170
TIFFIANI LIA LINDSTEDT )
) NOTICE OF HEARING AND MOTION
) FOR ORDER ALLOWING CLAIMS
Debtor. )
)

**NOTICE**

TO: Debtor, Creditors, and Other Interested Parties

And to: Clerk of the Court

YOU AND EACH OF YOU are hereby given notice that the Trustee's Motion for Order Allowing Claims will be heard by the court as follows:

JUDGE: Samuel J. Steiner TIME: 9:30 a.m.
PLACE: Courtroom 8206 DATE: July 30, 2010
U.S. Courthouse
700 Stewart Street
Seattle, WA 98101

<u>Objections/Responses</u>

Any responses or objections to the motion must be in writing, with the original filed with the Clerk of the Bankruptcy Court, Room 6301, 700 Stewart Avenue, Seattle, Washington 98101, prior to the response date which is July 23, 2010. Failure to comply with this local rule may be deemed by the court as opposition without merit. If you are an attorney, your response or objection must be filed electronically on the Court's CM/ECF system. A copy should be delivered to the chambers of the judge hearing this matter, a copy served on the United States Trustee, Room 5103, 700

NOTICE AND MOTION - 1

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206)342-7851 FACSIMILE

Stewart Avenue, Seattle, Washington 98101, and a copy served on the Trustee at the address shown in the lower right hand corner of this Notice or via ECF.  If responsive pleadings are not filed as stated above, the hearing may be stricken and an order granting the relief requested in the motion may be presented, without further notice, to the court ex-parte prior to the scheduled hearing.

## MOTION

COMES NOW the Chapter 7 Trustee, Ronald G. Brown, and moves this court for an order allowing claims as follows:

The trustee has examined the claims filed in the above named bankruptcy, and categorized them in accordance with the priorities set forth in 11 U.S.C. Section 726.  The trustee will present a final Order Allowing Claims on the above-referenced date.  Any claim objections by the trustee will be considered by the court at the time set for hearing.  Modifications to the order may be made at the time of the hearing. The trustee's proposed order is as follows:

The trustee proposes to allow the following claims:

### GENERAL UNSECURED CLAIMS

| Claim No. | Claimant | Amount |
|---|---|---|
| 1 | City of Tacoma | $323.42 |
| 2 | Puget Sound Energy | $70.99 |
| 3 | Pacific NW Collections | $80.80 |
| 4 | Arrow Financial Services | $1,008.61 |
| | TOTAL GENERAL UNSECURED CLAIMS | $1,483.82 |

**The proposed order is based on a claims register prepared by the Clerk of the Court. If a claim is not listed on the proposed order, the trustee has not been informed by the Clerk that such claim has been properly filed with the Court. Unless a claimant asserting an unlisted claim submits evidence to the trustee prior to the time of hearing that its claim has been properly filed, such claim will not be allowed or paid. No claim may be allowed by the trustee unless the claim is properly documented.**

Upon entry of an Order of Disbursement, after costs of administration are paid (which

NOTICE AND MOTION - 2

RONALD G. BROWN
ATTORNEY AT LAW
2525  WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON  98104
(206) 342-7850 TELEPHONE
(206)342-7851 FACSIMILE

cannot yet be estimated) the trustee will pay the claims, by priority, in the sequence presented above. The claims in a higher priority class will be fully satisfied before any payment is made on claims in the following priority class.  If, after the payments of claims in all higher priorities, there are insufficient funds to fully satisfy the claims of the next unpaid priority class, the claimants in that priority class will share the remaining funds pro rata.

      WHEREFORE, the trustee moves this court for the entry of the proposed Order Allowing Claims, prioritizing said claims in the sequence provided in the Bankruptcy Code.

      DATED this 22nd day of June, 2010.

/s/ *Ronald G. Brown*
Ronald G. Brown, WSBA #8816
Chapter 7 Trustee

NOTICE AND MOTION - 3

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206)342-7851 FACSIMILE