The Honorable Samuel J. Steiner
Chapter 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In Re: ) Chapter 7
) No. 05-19170
TIFFIANI LIA LINDSTEDT )
) ORDER ALLOWING CLAIMS
Debtor. )
_____)

THIS MATTER having come regularly before the undersigned judge of the above entitled court, proper notice having been properly given by the Clerk of the Court to the debtor, creditors, and other parties of record, the court having reviewed the Trustee's motion and the records and files herein, and no objection having been made, now, therefore,

IT IS HEREBY ORDERED that claims shall be allowed as follows:

### GENERAL UNSECURED CLAIMS

| Claim No. | Claimant | Amount |
|---|---|---|
| 1 | City of Tacoma | $323.42 |
| 2 | Puget Sound Energy | $70.99 |
| 3 | Pacific NW Collections | $80.80 |
| 4 | Arrow Financial Services | $1,008.61 |
|  | TOTAL GENERAL UNSECURED CLAIMS | $1,483.82 |

DATED this ___ day of July, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

ORDER ALLOWING CLAIMS - 1

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7851 FACSIMILE

1 Presented by:
2
3 _____
Ronald G. Brown, WSBA #8816
4 Chapter 7 Trustee

ORDER ALLOWING CLAIMS - 2

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206)342-7851 FACSIMILE